IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES WYATT DENTEL

    Petitioner,

    v.

BRAD CAIN

    Respondent.
_____

Case No. 2:20-cv-02122-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 50), and the matter is now before this Court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 50) is adopted in full. Accordingly, the Petition for Writ of Habeas Corpus (ECF NO. 1) is DENIED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

1 –ORDER

DATED this 24th day of August, 2023.

\_\_\_s/Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER